**MORRELL et al. v. UNITED STATES.**
No. 42717.

Court of Claims.
Nov. 6, 1939.

984

Francis R. Lash, of Washington, D. C. (C. Leo De Orsey, of Washington, D. C., on the brief), for plaintiffs.

John A. Rees, of Washington, D. C., and James W. Morris, Asst. Atty. Gen. (Robert N. Anderson and Fred K. Dyar, Sp. Assts. to Atty. Gen., on the brief), for the United States.

Before WHALEY, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHITAKER, Judges.

PER CURIAM.

All the questions of law involved in this action and the facts that are material in determining them are identical to those presented in the companion case of Amos D. Carver v. United States, Ct.Cl., 27 F. Supp. 608, which was decided adversely to the plaintiff on May 29, 1939, and a motion for new trial has been overruled. Following the decision in that case, the petition must be dismissed and it is so ordered.